821 P.2d 166

STATE of Arizona, Appellee,

v.

David L. TAYLOR, Appellant.

No. CR–91–0012–PR.

Supreme Court of Arizona.

Nov. 19, 1991.

## ORDER

ORDERED: Vacating order previously entered granting petition for *review* as *having been improvidently granted.*

FURTHER ORDERED: Petition for *Review—DENIED*